# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | RAYMOND JOSEPH & KATHLEEN ANN DUMONT |
| **Case Number:** | 2:10-bk-29498-RJH    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, MAY 05, 2011 01:30 PM   6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## *Matters:*

1) **ADV: 2-10-02323**

   **RAYMOND JOSEPH DUMONT vs HSBC Mortgage Corporation USA, its assig**

   ORAL ARGUMENT ON DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT FILED BY HSBC

   **R / M #:**   34 / 0

2) **ADV: 2-10-02323**

   **RAYMOND JOSEPH DUMONT vs HSBC Mortgage Corporation USA, its assig**

   ORAL ARGUMENT ON MOTION TO DISMISS ADVERSARY COMPLAINT FILED BY LENDER PROCESS

   **R / M #:**   12 / 0

3) **ADV: 2-10-02323**

   **RAYMOND JOSEPH DUMONT vs HSBC Mortgage Corporation USA, its assig**

   ORAL ARGUMENT ON  MOTION TO DISMISS FILED BY FEDERAL NATIONAL MORTGAGE

   **R / M #:**   9 / 0

## *Appearances:*

JESSICA R. KENNEY, ATTORNEY FOR LENDER PROCESS
WILLIAM FISCHBACH, ATTORNEY FOR MICHAEL BOSCO
DOUGLAS C. RHOADS, ATTORNEY FOR RAYMOND JOSEPH DUMONT
STEVEN JEROME, ATTORNEY FOR HSBC MORTGAGE CORPORATION USA

## *Proceedings:*

Mr. Rhoads responded to the motions to dismiss.

Mr. Jerome replied urging the Court to dismiss the first amended complaint.

Mr. Fischbach replied urging dismissal of the first amended complaint.

Ms. Kenney echoed the arguments made by the co-defendants.

Mr. Fischbach urged the Court to grant attorneys fees.

COURT:  FINDINGS OF FACT AND CONCLUSIONS OF LAW WERE STATED ON THE RECORD.  IT IS ORDERED GRANTING THE MOTIONS TO DISMISS.   MR. JEROME & MS. KENNEY ARE DIRECTED TO UPLOAD A SINGLE FORM OF ORDER.  MR. FISCHBACH IS DIRECTED TO UPLOAD A FORM OF ORDER WHICH LEAVES A BLANK FOR AWARD OF ATTORNEYS FEES.