```
                                IT IS HEREBY ADJUDGED
                                and DECREED this is SO
                                ORDERED.
                                The party obtaining this order is responsible for
 1   Steven D. Jerome (#018420)  noticing it pursuant to Local Rule 9022-1.
     Andrew V. Hardenbrook (#025518)  Dated: May 10, 2011
 2   SNELL & WILMER L.L.P.
     One Arizona Center
 3   400 East Van Buren St.
     Phoenix, Arizona 85004-2202
 4   602-382-6000                _____
     sjerome@swlaw.com            RANDOLPH J. HAINES
 5   ahardenbrook@swlaw.com       U.S. Bankruptcy Judge
     Attorneys for Defendants HSBC Mortgage Corporation,
 6   USA and Federal National Mortgage Association
```



IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Proceedings Under Chapter 7 |
| RAYMOND JOSEPH DUMONT AND KATHLEEN ANN DUMONT, | Case No. 2:10-bk-29498-RJH |
| Debtor. | Adversary No. 2:10-ap-02323-RJH |
| RAYMOND JOSEPH DUMONT AND KATHLEEN ANN DUMONT, Plaintiffs, v. HSBC MORTGAGE CORPORATION, USA, FEDERAL NATIONAL MORTGAGE ASSOCIATION, LENDER PROCESSING SERVICES, INC., TIFFANY & BOSCO, MICHAEL A. BOSCO, Trustee, its Assigns and/or successors in interest, JOHN DOES I-IX, JANE DOES I-IX, BLACK CORPORATION I-IX, and BLACK PARTNERSHIPS I-IX, Defendants. | **ORDER GRANTING MOTIONS TO DISMISS FIRST AMENDED COMPLAINT WITH PREJUDICE FILED BY HSBC MORTGAGE CORPORATION, USA, FEDERAL NATIONAL MORTGAGE ASSOCIATION, AND LENDER PROCESSING SERVICES, INC.** |

Upon consideration of the motions to dismiss ("Motions to Dismiss," D.E. Nos. 30, 34) filed by Defendants HSBC Mortgage Corporation, USA, Federal National Mortgage Association, and Lender Processing Services, Inc. (collectively, "Defendants") in which the Defendants moved for dismissal with prejudice of the First Amended Complaint ("FAC," D.E. No. 19) filed by Plaintiffs Raymond Dumont and Kathleen Dumont

13030653

("Plaintiffs"), Plaintiffs' opposition to the Motions to Dismiss (D.E. No. 38), the replies filed by Defendants in support of their Motions to Dismiss (D.E. Nos. 40, 41), oral arguments at the hearing on the Motions to Dismiss held on May 5, 2011, and good cause appearing therefor:

The Court hereby FINDS that:

A.  Plaintiffs lack standing to file the FAC because the claims asserted in the FAC, to the extent they exist, are property of the bankruptcy estate and have not been abandoned by the Chapter 7 Trustee; and

B.  Plaintiffs are barred by the doctrine of *res judicata* from asserting the claims alleged in the FAC against Defendants because the Arizona District Court dismissed the same claims with prejudice in a prior action – *Dumont v. HSBC Mortgage Corp. USA, et al*, Case No. CV-10-01106-PHX-MHM. Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

A.  The Motion to Dismiss filed by Lender Processing Services, Inc. is granted in its entirety;

B.  The Motion to Dismiss filed by HSBC Mortgage Corporation, USA and Federal National Mortgage Association is granted in its entirety; and

C.  The Compliant (D.E. No. 1) and the FAC are dismissed with prejudice as to HSBC Mortgage Corporation, USA, Federal National Mortgage Association, and Lender Processing Services, Inc.

**DATED AND SIGNED ABOVE**