Leonard J. McDonald, Jr. (LJM@tblaw.com)
State Bar No. 014228
William M. Fischbach III (WMF@tblaw.com)
State Bar No. 019769

**TB TIFFANY & BOSCO**
P.A.

THIRD FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103

*Attorneys for Defendants Michael A. Bosco, Jr. and Tiffany & Bosco, P.A.*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>Raymond Dumont and Kathleen Dumont<br>Debtors<br><br>Raymond Dumont and Kathleen Dumont, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>HSBC Mortgage Corporation USA, Federal National Mortgage Association, Lender Processing Services, Inc., Michael A. Bosco, Trustee, its Assigns and/or successors in interest, John Does I-IX, Jane Does I-IX, Black Corporation I-IX, and BLACK Partnerships I-IX,<br><br>Defendants. | Chap. 7 Case No 2:10-bk-29498-RJH<br><br>Adv. Proc. Case No. 2:10-ap-02323-RJH<br><br>**AFFIDAVIT OF WILLIAM M. FISCHBACH III IN SUPPORT OF ATTORNEY'S FEES**<br><br>(Hon. Randolph J. Haines presiding) |

I, WILLIAM M. FISCHBACH III, declare as follows:

1. I have personal knowledge of the facts stated herein and, if called upon to do so, could competently testify thereto in court.

2. I am duly licensed to practice law in the State of Arizona.

3. I am employed as an attorney at Tiffany & Bosco, P.A.

4. I am the lead counsel for Defendants Michael A. Bosco, Trustee and Tiffany & Bosco, P.A. (collectively "the Bosco Defendants") in the above captioned

467344.DOC         -1-

case. There was no formal written fee agreement between myself and the Bosco Defendants.

5. I was admitted to the Arizona Bar in 1999 and practice primarily in the area of civil litigation. My hourly rate in this matter is was initially $225.00/hour. My hourly rate in this matter increased to $240.00/hour on April 7, 2011. Both rates are consistent with (and in fact lower than) the hourly rate for attorneys in this community with similar experience. Further, both rates are significantly lower than my hourly rate in similar matters, which ranges from $250.00/hour to $275.00/hour.

6. The following legal fees were incurred defending against this matter:

| Date | Description of activity | Attorney | Time | Amount |
|---|---|---|---|---|
| 1/27/11 | Perform initial review of Complaint and begin initial research regarding Plaintiff's claims (1.3) | WMF | 1.30 | $292.50 |
| 2/18/11 | Conduct legal research on: notaries (.3), "robo-signing" (.3); assignments of beneficial interest in deeds of trust (.5) GSE investors such as FNMA (.6), procedural requirements of adversary proceedings (.3); ARS 33-807(E) (1.1); draft 15-page motion to dismiss (5.6). | WMF | 8.70 | $1980.00 |
| 2/19/11 | Conduct initial review of 15-page motion to dismiss and revise same (.9); conduct additional research on Fannie Mae's role as investor with regard to HSBC's role as beneficiary of record (.3) | WMF | 1.20 | $270.00 |
| 2/21/11 | Conduct additional research regarding *res judicata* (1.6); supplement Motion to Dismiss to include section addressing *res judicata* (1.7) | WMF | 3.30 | $742.50 |
| 2/22/11 | Supplement motion to dismiss to add request for attorney's fees (1.5); revise, edit and finalize 17-page motion to dismiss and request for costs and attorney fees (1.3); gather and organize exhibits for motion to dismiss (.2); draft motion to exceed | WMF | 3.30 | $742.50 |

| | | | | |
|---|---|---|---|---|
| | page limitations and accompanying order (.3) | | | |
| 3/15/11 | Review and analyze FNMA's and HSBC's partial opposition to Plaintiff's motion for extension (.3); review Court's Order granting motion for extension and addressing oral argument (.2); draft detailed email to attorney (co-counsel) McDonald regarding filing amended notice of hearing (.2) | WMF | 0.70 | $157.50 |
| 4/7/11 | Prepare for, travel to, and attend status conference on pending Motions to Dismiss (1.5) | WMF | 1.50 | $360.00 |
| 4/8/11 | Complete, review, revise, edit, and finalize 18-page Motion to Dismiss Amended Complaint (includes review and analysis of Amended Complaint and comparison of original Complaint to Amended Complaint) (4.3) | WMF | 4.30 | $1,032.00 |
| 4/30/11 | Review and analyze Plaintiffs' response to Motion to Dismiss Amended Complaint (.7); research statutes cited by Plaintiffs in response (.5); complete first draft of 5-page reply in support of motion to dismiss (3.2) | WMF | 4.4 | $1,056.00 |
| 5/2/11 | Supplement, review, revise, edit, and finalize Reply in Support of Motion to Dismiss Amended Complaint (2.8) | WMF | 2.8 | $672.00 |
| 5/2/11 | Phone conference with HSBC's counsel regarding HSBC's Reply in support of its Motion to Dismiss (.2); | WMF | .2 | $48.00 |
| 5/5/11 | Prepare for oral argument on Motion to Dismiss Amended Complaint (.8); travel to Bankruptcy court to argue Motion to Dismiss Amended Complaint (.5); attend oral argument on Motion to Dismiss Amended Complaint (.4); travel back from Bankruptcy court to office following oral argument on Motion to Dismiss Amended Complaint (.5) | WMF | 2.2 | $528.00 |
| 5/17/11 | Research necessary contents of application and affidavit for attorney's | WMF | 1.2 | $288.00 |

| | | | |
|---|---|---|---|
| | fees (.4); prepare Affidavit of William M. Fischbach III in Support of Request for Attorney's Fees (.8) | | |
| | | **TOTAL:** 35.2 | **$8,169.00** |

7. I have reviewed and approved the time and charges set forth in the task-based itemized statement above and believe that the time spent and expenses incurred were reasonable and necessary under the circumstances.

8. Thus, the total award sought by the Bosco Defendants is $8,169.00. The requested attorney's fees are fair and reasonable given the voluminous nature of Plaintiffs' pleadings, the complexity of Plaintiffs' claims, the overall time and labor expended by counsel, and, candidly, the "undesirability" of the case. *See* LRCiv 54.2(c)(3)(J).

9. Further affiant sayeth naught.

_____
William M. Fischbach III

SUBSCRIBED AND SWORN TO before me this 17th day of May, 2011, by William M. Fischbach III.

_____
Notary Public

My Commission Expires:

2-17-2013



OFFICIAL SEAL
JENNE J. WARRINGTON
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Feb. 17, 2013