# TIFFANY & BOSCO
#### P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-22244

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Raymond Joseph Dumont and Kathleen Ann Dumont<br><br><br>Debtors. | No. 2:10-bk-29498-RJH<br><br>Chapter 7<br><br>NOTICE OF LODGING ORDER<br><br>AP No. 2:10-ap-02323 RJH |

    Defendants, Michael A. Bosco, Trustee and Tiffany & Bosco, PA., by and through their undersigned attorney, hereby gives notice of the Lodging an Order for Relief, a copy of which is attached hereto as Exhibit "A".

    DATED this 19th day of May, 2011.

                                  Respectfully submitted,

                                  TIFFANY & BOSCO, P.A.

                                  BY <u>/s/ LJM #014228</u>
                                  Leonard J. McDonald
                                  Attorney for Defendants, Michael A. Bosco, Trustee
                                  and Tiffany & Bosco, PA.

| | |
|---|---|
| 1 | Copy of the foregoing was<br>mailed this 19th day of May, 2011 |
| 2 | |
| 3 | Raymond Joseph Dumont and Kathleen Ann Dumont<br>8011 N Citrus Road |
| 4 | Waddell AZ 85355<br>Debtors |
| 5 | |
| 6 | Douglas C. Rhoads<br>3844 North 32nd Street #1 |
| 7 | Phoenix AZ 85018<br>Attorney for Debtors |
| 8 | |
| 9 | Anthony H. Mason<br>P.O. Box 4427<br>Phoenix, AZ  85030 |
| 10 | Trustee |
| 11 | |
| 12 | By: /s/ Rebecca Robinson |